LORALI INC
1854 NW 82 ND AVE
MIAMI, FL 33126

# Purchase Order

| Date | P.O. No. |
|---|---|
| 2/20/2012 | 58 |

**Vendor**

SMK Associates LLC
2275 Half Day Road, Suite 350
Bannockburn, IL 60015

**Ship To**

| Item | Description | Qty | Rate | Amount |
|---|---|---|---|---|
| MARLBR RED K... | MARLBORO RED KING BOX (50 BOXES WITH 10 PACKS EACH)<br><br>Marlboro Red - US Origin - Philip Morris Richmond Virginia.<br><br>One 20' container.<br><br>EXW Steinweg Sharaf Jubel Ali.<br><br>Master Carton 450 cigarettes (10M) = 50 sleeves x 200<br><br>Payment: 10% TT with PO, balance through Steinweg -Sharaf Escrow.<br><br>Certificates of Origin and Freshness supplied (Fresh stock not older than 90 days).<br><br>NOTE: INSPECTION SHOULD BE CONDUCTED BY A LORALI'S APPROVED REPRESENTATIVE IN DUBAI.<br><br>FINAL PAYMENT DISBURSEMENT WILL BE PROCESSED UPON DETAILED CONDITIONS. | 450 | 797.50 | 358,875.00 |

**Total** $358,875.00



LORALI 000066