IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
CASE NO:  0:14-CV-61460-KMW

SMK ASSOCIATES, LLC.,

    Plaintiff,

v.

LORALI, INC., V & B TRADING, LLC.,
CENTRAL TOBACCO CO., LLC,  JAMES BATALINI,
WALTHER VAN DER SYPT, individually,
SUTHERLAND GLOBAL SERVICES, INC., and
MICHAEL BARTUSEK, individually,

    Defendants.

## AMENDED NOTICE OF HEARING

PLEASE TAKE NOTICE that the following matters are set for hearing before the Honorable Magistrate Judge Simonton on Friday, December 19, 2014 at 11:00 a.m., at 99 Northeast Fourth Street, 10th Floor, Room 1067, Miami, Florida:

a. Defendants' Joint Motion to Extend Deadlines to Respond to Discovery;

b. Plaintiff's Motion to Compel Lorali to answer the request for production of documents;

c. Motion to compel V & B Trading, Central Tobacco, James Batalini, and Walter Van Der Sypt to Answer Request for Production of Documents.

The parties dispute whether the now repealed "rule" in the 2013 Local Rules Discovery Practices Handbook regarding "extensions of time," applies to motions for stay of discovery, and/or due to its repeal, is of no effect.  Compare 2013 Southern District of Florida Local Rules, Appendix A, Section I, D at paragraphs (2) and (5) to Appendix A of the 2014 Southern District of Florida Local Rules.

-2-

The presently outstanding discovery consists of requests for production and interrogatories that the Plaintiff propounded and prospective discovery, including the Plaintiff's taking of depositions, before District Court Judge Williams rules on the Defendants' Motion for Stay During Pendency of Dispositive Motion to Dismiss.  See DE: 43, 48, 49.

### Certificate of Compliance with Local Rule 7.1(a)(3)

Undersigned counsel hereby certifies that from the time the Motion to Stay was drafted and filed on November 7, 2014 through December 4, 2014, the parties conferred via email in an effort to resolve the above matters, and agreed to scheduling the above matters for hearing on Friday, December 19, 2014 at 11:00 a.m.

Respectfully submitted,

*/s/ Rhonda A. Anderson*
RHONDA A. ANDERSON
Fla. Bar No. 708038
RHONDA A. ANDERSON, P.A.
2655 LeJeune Road, Suite 540
Coral Gables, Florida 33134
Telephone:(305) 567-3004
Facsimile:       (305) 476-9837
E-Mail: randersonlaw@gmail.com

-3-

## CERTIFICATE OF SERVICE

I hereby certify that on the 9th day of December 2014, I electronically filed the foregoing with the Clerk of Court using CM/ECF system, which has electronically served the following individuals:

**Peter J. Solnick, Esq.**
**SOLNICK LAW, P.A.**
Counsel for Plaintiff
2999 NE 191st Street, Ste. 805
Aventura, Florida 33180
Email:  Pete@Solnicklaw.com

**Netali Peles, Esq.**
**ELP Global, PLLC.**
Counsel for Defendants V&B Trading, LLC., Central Tobacco Co, LLC., Walther Vandersypt, and James Batalini
Executive Law Practice
801 Brickell Avenue
Miami, FL 33131
Telephone: (786) 253-1173
Email: netali@elpglobal.com

**Lawrence Michael Siff, Esq.**
Lawrence M, Siff, P.A.
Counsel for Defendant Sutherland Global Services, Inc.
8551 West Sunrise Boulevard
Suite 300
Plantation, FL 33322
Telephone: (954) 252-6000
Facsimile: (954) 252-6001
Email: lsiff@sifflaw.com

**Mark E. Shure, Esq.**
Latimer Levay Fryock, LLC.
Counsel for Defendant Sutherland Global Services, Inc.
55 W. Monroe Street, Ste. 1100
Chicago, IL 60603
Email: mshure@llflegal.com

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:     None.

*/s/ Rhonda A. Anderson*
RHONDA A. ANDERSON