**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**
**CASE NO:  0:14-CV-61460-KMW**

**SMK ASSOCIATES, LLC.,**

   **Plaintiff,**

**v.**

**LORALI, INC., V & B TRADING, LLC.,**
**CENTRAL TOBACCO CO., LLC, JAMES**
**BATALINI, WALTHER VAN DER SYPT,**
**individually, SUTHERLAND GLOBAL**
**SERVICES, INC., and MICHAEL**
**BARTUSEK, individually,**

   **Defendants.**

---

**DEFENDANTS' JOINT NOTICE REGARDING SECOND AMENDED**
**COMPLAINT AND PENDING MOTIONS TO DISMISS**

Defendants, LORALI, INC., ("Lorali") V & B TRADING, LLC., CENTRAL

TOBACCO CO., LLC., JAMES BATALINI, WALTHER VANDERSYPT,

(hereinafter collectively referred to as "V&B Defendants"), and  SUTHERLAND

GLOBAL SERVICES, INC. ("Sutherland") (collectively "Defendants), through

undersigned counsel, pursuant to this Court's Order entered on December 9,

2014 (DE: 59), have examined the Plaintiff's Second Amended Compliant filed

on December 9, 2014 (DE: 60), and hereby notify the Court that the only

paragraphs the Plaintiff amended of the Amended Complaint (DE: 36) in the

Second Amended Complaint are the jurisdictional allegations in Paragraphs 1

and 3 through 6.  Therefore, in accordance with the Court's instruction in footnote

2 of its Order (DE: 59), the Defendants' hereby notify the Court that their

respective previously filed motions to dismiss are ripe for consideration without amendment.

Respectfully submitted,

/s/Lawrence M. Siff
LAWRENCE M. SIFF
Fla. Bar No. 0002860
Lawrence M. Siff, P.A.
Attorney for Defendant, Sutherland
Global Services, Inc.
8551 West Sunrise Boulevard
Suite 300
Plantation, FL 33322
Facsimile: (954) 252-6000
Facsimile: (954) 252-6001
Email: lsiff@sifflaw.com

/s/ Rhonda A. Anderson
RHONDA A. ANDERSON
Fla. Bar No. 708038
RHONDA A. ANDERSON, P.A.
2655 LeJeune Road, Suite 540
Coral Gables, Florida 33134
Telephone:    (305) 567-3004
Facsimile:    (305) 476-9837
E-Mail: randersonlaw@gmail.com

/s/Mark E. Shure
MARK E. SHURE
Admitted Pro Hac Vice for Defendant, Sutherland Global Services, Inc.
Latimer Levay Fryock, LLC.
55 W. Monroe Street, Ste. 1100
Chicago, IL 60603
Email: mshure@llflegal.com

/s/Netali Peles
NETALI PELES
Fla. Bar No. 84558
ELP Global, PLLC.
Executive Law Practice
801 Brickell Avenue
Miami, FL 33131
Telephone: (786) 253-1173
Email: netali@elpglobal.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 10th day of December 2014, I electronically filed the foregoing with the Clerk of Court using CM/ECF system, which has electronically served the following individuals:

**Counsel for Defendant Sutherland Global Services, Inc.:**

**Lawrence Michael Siff, Esq.**
Lawrence M. Siff, PA
8551 West Sunrise Blvd, Ste. 300

**Counsel for Defendants V&B Trading, LLC., Central Tobacco Co, LLC., Walther Vandersypt, and James Batalini:**

**Netali Peles, Esq.**

Plantation, FL 33322
Telephone: (954) 252-6000
Facsimile: (954) 252-6001
Email: lsiff@sifflaw.com

**Mark E. Shure, Esq.**
Latimer Levay Fryock, LLC.
55 W. Monroe Street, Ste. 1100
Chicago, IL 60603
Email: mshure@llflegal.com

ELP Global, PLLC.
Executive Law Practice
801 Brickell Avenue
Miami, FL 33131
Telephone: (786) 253-1173
Email: netali@elpglobal.com

***Counsel for Plaintiff:***

**Peter J. Solnick, Esq.**
Solnick Law, P.A.
Counsel for Plaintiff
2999 NE 191st Street, Ste. 805
Aventura, Florida 33180
Email:  Pete@Solnicklaw.com

and I hereby certify that I have mailed by United States Postal Service the
document to the following non-CM/ECF participants:      None.

*/s/ Rhonda A. Anderson*
RHONDA A. ANDERSON