UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 14-cv-61460 -KMW

**SMK ASSOCIATES, LLC,**
An Illinois Limited Liability Company

      Plaintiff,

v.

**LORALI, INC.,** A Florida Corporation,
**V & B TRADING, LLC,** A Florida Limited Liability
Company, **CENTRAL TOBACCO. CO, LLC,**
A Florida Limited Liability Company
**JAMES BATALINI, individually,**
**WALTHER VAN DER SYPT, individually,**
**SUTHERLAND GLOBAL SERVICES, INC.,**
**d/b/a Kiki Imports**, A New York Corporation,
**MICHAEL BARTUSEK, individually**

      Defendants.

_____/

## AMENDED NOTICE OF HEARING

Please take notice that the undersigned counsel has scheduled before the Honorable Andrea M. Simonton at 99 Northeast 4th Street, 10th Floor, Room 1067, Miami, Florida on December 19, 2014 at 11:00 a.m., the following:

**Nature of Discovery Dispute**:

a. Plaintiff's Motion to Compel Lorali to Answer Plaintiff's First request for production of documents;

b. Plaintiff's Motion to Compel V & B Trading, Central Tobacco, James Batalini, Walter Van Der Sypt, and Sutherland Global Services to Answer Plaintiff's Request for Production of Documents;

c. Lorali's Motion to Extend Deadlines to Respond to Discovery.

1

## CERTIFICATE OFCOMPLIANCE

Undersigned counsel hereby certifies that the parties have conferred with each other in a good faith effort to resolve the above referenced discovery dispute.  The parties have been unable to agree.

## CERTIFICATE OF SERVICE

I hereby certify that on December 12, 2014, the foregoing document was served this day on all counsel of record and parties identified on the attached Service List via the CM/ECF System.

**SOLNICK LAW, P.A.**
2999 NE 191st Street
Suite 805
Aventura, FL 33180
Phone: 305-705-0888
Fax: 305-705-0008

/s/ *Peter J. Solnick, Esq.*
By: _____
Peter J. Solnick, Esq./FBN 670006

## **SERVICE LIST**

Rhonda Anderson, Esquire
randersonlaw@gmail.com
2655 Le Jeune Road
Suite 540
Coral Gables, FL 33134

Netali Peles, Esquire
netali@elpglobal.com
ELP Global PLLC
801 Brickell Avenue
Miami, FL 33131

Lawrence Michael Siff
lsiff@sifflaw.com,
8551 West Sunrise Boulevard
Suite 300
Plantation, FL 33322

Mark Shure, Esquire
mshure@llflegal.com
Latimer Levay Fyock
55 W. Monroe Street
Suite 1100
Chicago, Illinos 60603